

# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    **ASBESTOS PRODUCTS
    LIABILITY LITIGATION**

**CIVIL ACTION NO.: MDL 875**

THIS DOCUMENT RELATES TO:
**Lemon Covington, et al. v.
Garlock Sealing Techno., Inc.
Cause No. 03:03CV236**

ND-MS

## ORDER OF DISMISSAL

COMES NOW this Court, and having been fully advised in the premises, does hereby find that the claims of all Plaintiffs in the above-referenced matter should be dismissed without prejudice as to all defendants.

The Court finds that dismissals of all Plaintiffs in this action are required by Mississippi law and shall be effective immediately, as follows:

IT IS, THEREFORE, ORDERED that:

1.    The claims of all Plaintiffs on Exhibit A, attached hereto and fully incorporated herein, are hereby dismissed without prejudice as to all defendants pursuant to the Mississippi Supreme Court's decisions in *Culbert* and *Murriel*, as these Plaintiffs are not residents of the State of Mississippi nor do they allege exposure in the State of Mississippi.

2.    The claims of all Plaintiffs on Exhibit B, attached hereto and fully incorporated herein, are hereby dismissed without prejudice as to all defendants pursuant to the Mississippi Supreme Court's decisions in *Mangialardi* and *Canadian National*.

3.    Each party shall bear its own costs and attorneys' fees.

SO ORDERED, this the 5th day of July 2006.

**U.S. DISTRICT COURT JUDGE
JAMES T. GILES**

AGREED AS TO FORM:

Counsel for Plaintiffs

Exhibit A

1.     Terry Joe Aaron
2.     Journey Herbert Abbott
3.     Robert Lewis Abbott
4.     James B. Abel, Jr.
5.     Walter James Abels
6.     Morris Abernathy
7.     Neal Glenn Abernathy
8.     Donald Jefferson Adair
9.     Arley Rayburn Adams
10.    Glenn Berdine Adams
11.    Horace S. Adams
12.    Jerome S. Adams
13.    Larry Charles Adams, Sr.
14.    Marshall Eugene Adams
15.    Michael Angelo Adams
16.    Otis James Adams, Sr.
17.    Reid Sawyer Adams
18.    Ruel Everett Adams, Jr.
19.    Samuel Adams
20.    Thomas Adams, Jr.
21.    William Lee Adams
22.    Sidney Adaway
23.    Billy W Adcock
24.    Betty Aderholt, individually and as administratrix of the estate of Grady Aderholt
25.    Foster Agee
26.    Lonnie Dale Agee
27.    John Rorex Agnew
28.    George Washington Ahl, Jr.
29.    James Everett Ahneman
30.    John Naser Ahrens
31.    Jimmy Wayne Akers
32.    Charles Maynard Akin, Jr.
33.    Clayton Akins
34.    Eldagene Akins
35.    Floyd Edward Akins
36.    Nadine Akins
37.    Robert Clinton Albaugh
38.    Roger Joseph Albert, Sr.
39.    Burnette Aldrich , Sr.
40.    John Aldridge
41.    Charles W. Alexander
42.    George Calvin Alexander
43.    Jerry Alexander
44.    Jerry Wayne Alexander
45.    Jerry Wayne Alexander
46.    Johnnie Lee Alexander

Exhibit A

47. Melba Hinkle Alexander
48. Robert Leslie Alexander
49. Rufus Steven Alexander
50. Thomas Earl Alexander
51. Hassan Ali
52. Carl Allbritton
53. Billy Wayne Allen
54. Bobby Mac Allen, Sr.
55. James Harold Allen
56. James Lee Allen, Sr.
57. Lester Allen, Jr.
58. Ludie Jane Allen
59. Paul Edward Allen, Sr.
60. Robbie Hugh Allen
61. Robert Gordan Allen
62. Theo Allen, Jr.
63. William Curtis Allen, Jr.
64. William Eugene Allen
65. Zack Allen, Jr.
66. Ronald Lee Alley
67. William Lowell Allinder
68. Charles Boles Allison
69. McArthur Allison
70. Robbie Fay Allison
71. Thomas Allison, Jr.
72. Roy Trammell Almon
73. Antonio Ammendola
74. Phillip Dean Amos
75. Richard Spencer Amos
76. Donald Roy Amundson
77. Jerry Lee Anders, Sr.
78. Jerry Woodrow Anders
79. Chris Edward Anderson
80. David Sylvester Anderson, Sr.
81. Gary Lavern Anderson
82. Gordon Dale Anderson
83. John Henry Anderson, IV
84. John Joseph Anderson
85. Lloyd Anderson, Sr.
86. Lyle Franklin Anderson
87. Melvin Edward Anderson, Jr.
88. Patrick Eugene Anderson
89. Tommie Anderson
90. Bobby Lee Andrews
91. Gregory Andrews, Sr.
92. Henri Levert Andrews

Exhibit A

93.   Donald Mark Angerer
94.   William Ray Anglin
95.   James Edward Anthony
96.   David Mark Antoinette, Sr.
97.   Anthony Joseph Antonio
98.   Richard F. Arata
99.   James Curry Archie, Sr.
100.  Henry Frances Arkenberg
101.  James Ellis Armstead
102.  Wesley Armstead, Sr.
103.  Jack Raymond Armstrong
104.  Raymond Lamar Armstrong
105.  Bernice Arneson, individually and as representative of the estate of Orville
      Lawrence Arneson
106.  Henry Dennis Arnold
107.  Mary Francis Arnold
108.  Clarence Herbert Arrington
109.  Charles Edwin Ash
110.  Evelyn Pair, individually and as representative of the estate of Lumous Walter
      Ash
111.  Henry Walker Ashley, Sr.
112.  Gertrude Ashmore
113.  Edward Lawrence Askew
114.  Edward Thomas Atcheson
115.  Robert Edward Atcheson, Jr.
116.  Edward Delane Atchison
117.  Ira Melton Atkins
118.  Jewel Rae Atkins
119.  Donald Mack Ausburn
120.  James Henry Austin
121.  Cecil Autry
122.  Josephus Autry, Sr.
123.  Lillian Averette
124.  Geraldine Avery
125.  Bruno Avila
126.  Lew Gary Ayers
127.  Charlie Babers
128.  Bernard Backham
129.  Jack Howson Badger
130.  Raymond Eugene Badman
131.  Terry Eugene Badman
132.  Emily Jane Bagwell
133.  Robert Franklin Bagwell
134.  James Henry Bahr
135.  Donald Ricky Bailey
136.  Jack Allen Bailey, Sr.

Exhibit A

137. James Daniel Bailey
138. James Roland Bailey
139. Marvin Neal Bailey
140. R. L. Bailey
141. Richard Lee Bailey
142. Robert Bailey
143. Robert Hugh Bailey
144. Thomas Allen Bailey
145. Thomas Lewis Bailey
146. Margarette Junnie Baines
147. Barbara Baird
148. William Larry Baird
149. Charles Marshall Baker
150. Clifton Carlton Baker
151. Edwin Oran Baker, III
152. Franklin Dee Baker
153. Fred Baker
154. Johnny Earl Baker
155. Elanore Bales, individually and as representative of the estate of Richard Lorring Bales, Sr.
156. Fred Beth Balkcom
157. Anthony Ivey Ball
158. Franklin Ball
159. Larry L. Ball, Sr.
160. Thomas Morgan Ball, Sr.
161. Arlon Ballenger
162. Richard D. Banaski
163. James Carl Banks
164. Jerald Ray Banks
165. Robert Lee Banks, Sr.
166. Isaac Junior Barber
167. James Douglas Barbour
168. Luster Lamar Barbour
169. John Eddie Barclay
170. Willie Palmer Barclay, Jr.
171. Gary Barden
172. Ledell Barden
173. John Robert Barger
174. Delores Wingate Barkely
175. Fredrick Byron Barker
176. Phillip Barker
177. S. L. Barker
178. Wiley Harville Barker
179. James Paul Barnard
180. Agnes Norma Barnes
181. Annie Mae Barnes

Exhibit A

182.	Charlie Winsor Barnes
183.	Dorothy Barnes
184.	Hurston Lee Barnes
185.	Robert Lequint Barnes
186.	Robert Owen Barnes, Jr.
187.	William Reece Barnes
188.	Billy Wendell Barnett
189.	Carlton Tone Barnett
190.	Donald Freeman Barnett
191.	James David Barnett
192.	James Earl Barnett, Sr.
193.	James Lawrence Barnett
194.	Marie Barnett
195.	Mark Edward Barnett, Jr.
196.	Robert Owen Barnett, Sr.
197.	Rufus Barnett
198.	Walter D. Barnett
199.	Joe Nathan Barren, Sr.
200.	Jo Ann Barrett
201.	Jerry Bartels
202.	Thomas Arthur Bartlett
203.	Frank Joseph Bartosh
204.	Lynn Gordon Baswell
205.	Curtis Bates
206.	Josh Bates, III
207.	Richard Glen Bates, Jr.
208.	Ronald Allen Bates
209.	Rubye Arcie Bates
210.	John Thomas Batson
211.	Robert Lewis Battle
212.	Henry James Battles
213.	Robert Paul Bauer
214.	Larry Lewis Bayless, Sr.
215.	Gerald Beagle
216.	Jerry Wayne Bean, Sr.
217.	Charles Edgar Bearden, Sr.
218.	Elijah Eugene Bearden
219.	Homer Bearden
220.	Michael Dane Bearden
221.	Alvin Paul Beasley
222.	Billy Ray Beasley
223.	Corrie Leverne Beasley
224.	David Ray Beasley
225.	Howard Earl Beasley
226.	Hubert Ray Beasley
227.	Jake Beasley, Jr.

Exhibit A

228.   Roderick Beasley
229.   Chester Hugh Beason
230.   Cecil Guy Beaty
231.   Joseph Edward Beaulieu, Sr.
232.   Arlander Beavers
233.   Floyd Beavers, Jr.
234.   Jerry Paul Beavers
235.   Albert Clifford Beck, Sr.
236.   James Franklin Beck
237.   Charles Lewis Beckman
238.   Robert L. Beckner
239.   James Harold Bedingfield
240.   Randolph Bednarski
241.   Albert Beebe, Jr.
242.   Ray Murrell Beech
243.   Frank Kenneth Beecham
244.   Jack Hebert Beecham
245.   Richard Kinney Beecham, Jr.
246.   Gary O. Beedle
247.   Thomas Wayne Behrensmeyer
248.   Kenneth Dale Beisser, Sr.
249.   Donald Dennis Belford
250.   Melvin Roscoe Bell
251.   Richard Bell, Sr.
252.   William Bell
253.   Charles Burton Belter
254.   John Richard Beltrondo
255.   Charles Edward Benefield
256.   Sam Bennet
257.   Billy Joe Bennett
258.   Joseph Curtis Bennett, Jr.
259.   Michael Lawerence Bennett
260.   Peggy Benson, individually and as representative of the estate of Columbus
       Conwell Benson
261.   Larry Allen Benson
262.   Eelia Beryl Benton
263.   Franklin Daniel Berg
264.   Leonard Anthony Berg
265.   William Keith Berg
266.   Duane Joel Berlin
267.   Robert Edward Bernard
268.   David Junior Berry
269.   Floyd Marvell Berry, Sr.
270.   Wilbert Otis Berry
271.   Jean Berryhill
272.   Darrell Besler

Exhibit A

273. Bobby Joe Best
274. Annie Mae Bethune, individually and as representative of the estate of Arthur James Bethune
275. Franklin James Bettinger, Sr.
276. Charles Searcy Betts, Jr.
277. Roy Leland Bevels, Jr.
278. Charles William Beverly
279. Daniel Beverly, Jr.
280. A. C. Beville
281. Lois Myrtle Bevis
282. Roy M. Bias, Sr.
283. William Bibby
284. Eloise Brown Bice
285. John Thomas Bice
286. Merle Patrick Bice, Jr.
287. Robert Wayne Bice
288. Edward Jerome Biederman
289. Sarah Waneta Bigelow
290. George Travis Biggs
291. Joan Delono Bigham, individually and as representative of the estate of Glover Edward Bigham
292. Leslie Van Biles
293. Eunice Billups
294. Steven Murl Bilyeu
295. Isaac Elmer Bird
296. Felix A Birdwell
297. James Payeton Birdyshaw
298. Arlester Bishop
299. Larry Glenn Bishop
300. Ronnie Bishop
301. Dixie Glenda Bittner
302. David Warren Bjorklund
303. Alma Jean Black
304. Hugh Edward Black
305. Kathleene Black
306. Phillip Terry Black, Sr.
307. Steve Lindy Black, Sr.
308. Leslie Paul Blackburn
309. Robert Eugene Blackburn
310. William Lyle Blackburn
311. Curtis Harold Blackerby
312. Sidney Roland Blackerby
313. Jack D Blackman
314. Dexter Blackmon
315. Eugene Wade Blackmon
316. William Franklin Blackmon

Exhibit A

317.  Margaret Blackmon-Martin
318.  Horace Eugene Blackstock, Sr.
319.  Truel Willard Blackstock, Sr.
320.  Sonia Williams and Vanessa Elliott, individually and as Co-executors of the estate
      of Bobbie Jean Blackston
321.  Pete Leon Blackwell
322.  Clifton Hood Blackwood
323.  Mary Ethel Blair
324.  Ola Bea Blair
325.  Bill Murry Blake
326.  Clay Burnum Blake
327.  Kenneth Charles Blake
328.  Thomas Walter Blake
329.  H. T. Blakely. Jr., individually and as executor of the estate of Mary White
      Blakely
330.  Dale Everett Blakeney
331.  John Paul Blangor
332.  Mack Blankenship
333.  Phillip Morris Blankenship
334.  Bobby Ray Blanks
335.  Hugh Donald Blanton
336.  Willie Jo Blanton
337.  Carolyn Elizabeth Blevins
338.  Charles Ray Blevins
339.  William R Blevins
340.  James Arthur Bloom
341.  Sylvia Pearl Bloyd
342.  Richard Milton Blozevich
343.  Charles William Blume
344.  Cora Mae Bobo
345.  Wylodean Bobo
346.  Richard Andrew Bobos
347.  Judy Boeck, individually and as representative of the estate of Kenneth Boeck
348.  Arvin Ewald Boetcher
349.  Michael James Boettcher
350.  Robert O' Neal Bogstad
351.  Paul Lester Boissel
352.  George Phillip Boissell, III
353.  Ledford Bolar, Jr.
354.  Minge Henry Bolden, Jr.
355.  Robert Lee Bolden
356.  Mary Louise Bolen, individually and as executrix of the estate of Bryant Bernard
      Bolen, Sr.
357.  J.T. Bolen
358.  Percy Clyde Bolen
359.  David Bolling, Jr.

Exhibit A

360.    David Leonard Bollom
361.    Michael G. Bolten
362.    Cleo Cheatwood Bolton
363.    Donald Ray Bolton
364.    William Thomas Bolton
365.    Felix Bonner
366.    Julius Bonner, Jr.
367.    Carrol Oliver Bonnin
368.    Eddie Booker, Sr.
369.    John William Booth
370.    Barbara Boothe
371.    Dennis Allan Borden
372.    Larry Lee Borden
373.    Burville Bosby, Sr.
374.    William Earm Bostick, Sr.
375.    Leon Boston, Sr.
376.    Columbus Boswell, Jr.
377.    James Henry Boswell
378.    Frank Bothwell
379.    Johnny Bothwell
380.    Gregory Boudreaux
381.    Alvin Thomas Boutwell, Sr.
382.    Jack Richard Bowden
383.    Billy Jean Bowen
384.    Onzie Bowen
385.    Willie Arthur Bowens
386.    Barbara Louise Bowers
387.    Warren Blaine Bowers
388.    Andrew Joseph Bowie
389.    Daniel Murry Bowie
390.    Larry D. Bowlby
391.    Delmer Lee Bowles
392.    Calvin Lee Bowman
393.    Morris Ed Bowman
394.    Charles Ray Boyd
395.    Houston Boyd
396.    Ralph Christian Boyd, Sr.
397.    Donald Edward Boyer
398.    James Alex Boyers, Sr.
399.    Curtis Hendon Boyington
400.    Robert Lane Boyles
401.    Leon Brackett, Sr.
402.    Doris Jean Bradberry
403.    Charles Bradford
404.    Edna Marie Bradford
405.    George Lee Bradford, Jr.

Exhibit A

406.   James Lloyd Bradford
407.   Johnnie Ruth Bradford
408.   Olivia Bradford
409.   Andrew Lawhorne Bradley, III
410.   Carrey Bradley, individually and as representative of the estate of Clyde Bradley
411.   Daniel Francis Bradley
412.   Douglas Bradley, Sr.
413.   Nellie Jeanette Bradley
414.   Rurell Bradley
415.   Monta Bradshaw
416.   Myrtie Modena Brady
417.   Melton Grover Brake
418.   Sydney Lafayette Bramlett
419.   Danny Clay Brand
420.   Dennis Ray Brand
421.   Ruth Brand
422.   Sammy Lee Brand
423.   John Francis Brandl
424.   Fred Edward Brandstadt
425.   Margaret Louis Brannen
426.   William Clyde Branscome
427.   Jacob Chester Brantley
428.   John Edward Brantley
429.   Shirley Ann Brantley
430.   Buddy Lynn Brasher
431.   Gary Lane Brasher, Sr.
432.   James Michael Brass
433.   Stephen Douglas Braswell
434.   Lester Stanley Bratsven
435.   Marlin Leo Braun
436.   Daisy Breed
437.   Ernest Breir
438.   Carl Michael Brennan
439.   Gregory Brent
440.   Kathryn Elizabeth Breshear Potts
441.   Amonds Dee Brewer, Sr.
442.   Lester Douglas Brewer
443.   Raymond Dennis Brewer
444.   Roscoe Howard Brewer
445.   Vernon Carl Brewer
446.   Wayne Gilbert Brewer
447.   Glenn Brewster
448.   Linda Carroll Brewster
449.   Charles Patton Bridges
450.   James Patrick Bridges
451.   Kenneth Douglas Bridges

Exhibit A

452.   Michael Joseph Bridges
453.   Bobby Joe Bright
454.   Lloyd Eugene Brimer
455.   John Earl Britain, Sr.
456.   Bettie Blanche Brock
457.   Travis Laverne Brock
458.   Richard Ralph Broline
459.   Willa Merle Bronstine
460.   Arthur David Brooks, Sr.
461.   Bill Brooks, Jr.
462.   Clinton Everette Brooks, Sr.
463.   Curtis Neal Brooks
464.   Edgar D. Brooks
465.   Mavis Faye Brookshire
466.   Charlie David Brothers
467.   Billy Ray Brown
468.   Booker T. Brown, Sr.
469.   Charles Brown
470.   Dean Brown
471.   Earnest L. Brown
472.   Eddie Brown, Jr.
473.   Edward F. Brown
474.   Evelyn Marie Brown
475.   Herbert Brown
476.   James Brown, Jr.
477.   James Arthur Brown, Jr.
478.   Joe Earl Brown
479.   Johnny Lee Brown
480.   Louis Edward Brown
481.   Margaret Brown
482.   Mildred Ann Brown
483.   Paul Everett Brown
484.   Robert Lee Brown
485.   Rodney Eugene Brown
486.   Roosevelt Brown, Sr.
487.   Sammie Brown
488.   Sherman Brown
489.   Victor Hugh Brown
490.   Vivian Lucille Brown
491.   William Alton Brown, Sr.
492.   Robert Allen Brown
493.   Eugene Browning
494.   Henry Eugene Browning
495.   James Harold Browning, Sr.
496.   John Wayne Browning
497.   Parker James Browning, Jr.

Exhibit A

498. Everett Lafayette Brownlee, Jr.
499. Ronald Dale Brownnell
500. John Mithais Brueck
501. William Gregory Brumbeloe
502. James Bruner
503. Duane Joseph Brunner
504. Robbie Frank Bryan
505. Albert Bryant
506. Eddie Lee Bryant, Jr.
507. Eugene H. Bryant
508. Thurman Louious Bryant
509. William Bryant
510. Annie Ruth Bryars
511. James Edward Brye
512. Becky Sue Buchanan
513. Hugh Gene Buchanan, Sr.
514. Norma Buchanan, individually and as personal representative of the estate of Jack Dewayne Buchanan
515. Forrest Buckley
516. Milton Elgin Buckner
517. Arlene M. Buerklin
518. Frank Charles Buhlman
519. Harry James Buie, Sr.
520. Jim Richard Buksar
521. Donald Earl Bullard
522. Jack Bullard
523. Woodrow Wilson Bullard, Jr.
524. Kenneth Kincaid Bullock
525. Ronnie Presley Bullock
526. Walter Davis Bullock
527. William Jesse Bullock
528. William Jerry Bundy
529. Virginia Colleen Bunn
530. Delbert L. Bunnell
531. Ronald W. Burbee, individually and as executor of the estate of Donald Wayne Burbee
532. Richard Sheridan Burce
533. Victor Dale Burch
534. David Andrew Burcham
535. Martha Lee Burchell
536. Alton Lamar Burchfield
537. James O. Burden, Jr.
538. May Elouise Burdette
539. Joseph Floyd Burdick
540. Robert Milton Burge
541. Bruce Oliver Burgess

Exhibit A

542. Rayburn Burgess
543. Phillip Daniel Burgett
544. William L. Burgett
545. William Larry Burgett
546. Robert Lindsey Burkey
547. John Kenton Burks
548. Catherine Burleson
549. Johnie Bynom Burleson
550. Wendell Louis Burleson
551. Donald Maxey Burnett, Sr.
552. James Wesley Burnett
553. Joseph Burnett, Sr.
554. James Edward Burnette
555. Mason Reed Burns
556. Rufus Burns, Sr.
557. James Lee Burpo
558. Erroll Ray Burr
559. Wilton Howard Burr
560. Jerry Wayne Burrage
561. A. C. Burrell
562. Carrie Burrell, individually and as administrator of the estate of Willie Burrell
563. John A. Burridge
564. Frida Burroughs, individually and as representative of the estate of Emory McCoy
     Burroughs
565. James Harold Burroughs
566. Melvin Lance Burroughs
567. Leon Burrow
568. Lealand Lowell Burt
569. Willie James Burton , Jr.
570. Leonard Calvin Burtram
571. Imogene Burttram
572. Louis Truman Busbee
573. Shirley Jean Busbee
574. Wayne Earnest Busbee
575. Elwood Eugene Busby
576. Gennions Busby
577. Johnny Merriam Busby
578. Larry Wayne Busby
579. Nina Mae Busby
580. Darold Lee Busch
581. Herbert Wesley Bush
582. Terry Joseph Bush
583. Gary Porter Busick
584. Jeanette Maxine Butler
585. Jessie Frank Butler
586. Jimmy David Butler

Exhibit A

587.  John Allen Butler
588.  Paul Dudley Butler
589.  Robert Henry Butler, Sr.
590.  Samuel Edward Butler
591.  James Felton Buttram
592.  Robert Louis Butts, Jr.
593.  Earl Van Buxton, Jr.
594.  Leslie Buzbee, Sr.
595.  Ralph Eugene Buzbee
596.  George Ricky Byars
597.  James Alexander Byars
598.  Robert Lee Byars
599.  Woodrow Freman Byars
600.  Robert Theodore Byczek
601.  Simon Presley Byers
602.  Ivan Dale Byford
603.  Johnny Lee Bynum, Sr.
604.  Lester Lee Byrd, Sr.
605.  Mike Cicero Byrd, Jr.
606.  Percy Lee Byrd
607.  Ronald Lee Byrd
608.  Velma Christine Byrd
609.  Richard Cade, Jr.
610.  Fernando Cadena
611.  Luis Rodriquiz Cadena
612.  Wilford Eddie Cagle
613.  Edna Earl Cain
614.  Frank Foster Cain
615.  James Calvin  Cain
616.  Marion Cain, Jr.
617.  Wilford Albert Cain
618.  Nolen Caine
619.  Leo Caldwell
620.  Ronnie Lester Caldwell
621.  Richard Arnold Calevro
622.  Boyce Joe Callahan
623.  John Lewis Callahan
624.  Billy Joe Callan
625.  Washington Chester Callier, Sr.
626.  Donald Ray Cameron
627.  J.D. Cammeron
628.  Easter Jean Bryan Camp
629.  Melvin Monroe Camp
630.  Odell Camp
631.  Joseph Paul Campagna, Jr.
632.  Anthony James Campbell

Exhibit A

633. Billy Dean Campbell
634. Charles A. Campbell
635. Dallas Aubrey Campbell
636. Don Ray Campbell
637. Frank River Campbell, Jr.
638. George Author Campbell
639. Harold Joe Campbell
640. Jack Collin Campbell
641. Jerry Preston Campbell
642. John Luther Campbell
643. Osborn Campbell
644. Richard Donald Campbell
645. Shirley Mmae Campbell
646. Virginia Faye Campbell
647. Willie Eugene Campbell
648. Deborah Jean Canada
649. Patricia Ann Candell
650. David Lomax Cannon
651. Keith N Cannon
652. Marjorie Ellen Cannon
653. Ray Cannon
654. Ronald David Cannon
655. George Albert Canoles, Sr.
656. Donald Alan Capps
657. Jimmy Ray Capps
658. Charles Dee Carden
659. Charles Fredrick Carden
660. J. D. Carden
661. John Maxwell Cardwell, Sr.
662. Mondell Cardwell
663. Sara Jo Cardwell
664. Luther Ray Carey
665. Billy Wayne Cargile
666. James Houston Cargile
667. James Cargill, Jr.
668. Albert Lee Carlisle, Jr.
669. Marvin Earl Carmichael
670. James Carpenter
671. Lynn Carpenter
672. Malcom Stenston Carpenter
673. O. C. Carpenter
674. Orville D. Carpenter
675. Robert Lee Carpenter
676. Thomas Edwin Carpenter
677. Barbara Louise Carr
678. Donny Gerald Carr

Exhibit A

679.   Kenneth Wayne Carr
680.   N. L. Carr
681.   Angelina Carr, individually and as representative of the estate of Ocran Martin
       Carr
682.   Roy Alexander Carreker
683.   Ralph William Carrel
684.   Betty Jean Carroll
685.   Herman Carroll
686.   Imogene Carroll
687.   James Robert Carroll
688.   Charlotte Carroll, individually and as representative of the estate of Nolan Wayne
       Carroll
689.   Roady F. Carroll
690.   William Foster Carroll, III
691.   William Grover Carroll
692.   Clarence Edward Carson
693.   William M. Carson
694.   Carl Alfred Carstens
695.   Charles L. Carter
696.   Donald Glenn Carter
697.   Jerry Mack Carter, Sr.
698.   Joseph Clifton Carter, Jr.
699.   J.D. Carver
700.   James Thomas Carver
701.   James R Carwile
702.   Barbara May Casey
703.   Roger Leverne Casper
704.   Frederick Eugene Cassady
705.   Cecil Levon Cates
706.   Douglas Edward Cato, Sr.
707.   Willie Cornelius Catts
708.   Donald Eugene Cauble
709.   Roy Causey, Jr.
710.   Renfroe Caver
711.   Edward Joseph Cech
712.   Lowell Chaffin
713.   David Chambers
714.   Eligah Chambers
715.   John Edward Chambers
716.   Michael Johnny Chambers
717.   Ruby Lee Chambers
718.   Thomas E. Chambers
719.   B. D. Chambless
720.   Barbara Chambless
721.   Albert Lee Chambliss
722.   Harris Ray Champion, Sr.

Exhibit A

723. John Carl Champion
724. Larry Alton Chance
725. Albert Lewis Chandler
726. Andy Rex Chandler
727. Jerry Wayne Chandler
728. Shirley B. Chandler
729. Jerome Chapman
730. Jerry Wayne Chapman
731. John Edward Chapman
732. William Douglas Chappelear
733. Donald Averon Chappell, Sr.
734. John Hill Chappell
735. Stanley Chappell
736. William Elzie Chappell
737. Ned Charles, Jr.
738. McKensie Willie Chastang
739. Cindy Louise Chattman Marable
740. Lillie Chavers, individually and as representative of the estate of Bernard Shaw Chavers
741. Norman William Chaviers
742. David Clifford Chavies, Sr.
743. Roy Steven Cheatwood
744. Michael Wayne Chenault
745. Russell Clement Chestang
746. John Phillip Chiarello
747. Ernest Leroy Childers
748. Curtis O. Childress
749. Garvis Semore Childress
750. Marshall Junior Childress
751. Thomas Wade Chrisman, Sr.
752. Frederick Thomas Christian, Jr.
753. Grady Wilson Christian
754. John Lewis Christian
755. John William Christian
756. Eddie Clay Church, Sr.
757. Robert James Cirak
758. Virgil Jerold Clapper
759. Thurman Jerald Clardy
760. Alfred Wiley Clark, Jr.
761. Aubrey Lee Clark
762. Bobby Joe Clark
763. Charles Mildred Clark
764. Charles Thomas Clark, Sr.
765. Donald Raymond Clark
766. James Henry Clark
767. Kenneth DeWayne Clark

Exhibit A

768.  Kenneth Don Clark, Sr.
769.  Lecil Robert Clark
770.  Ronald Woodrow Clark
771.  Roy Earl Clark
772.  Susan Dianne Clark
773.  Tommie William Clark, Jr.
774.  Virgie Ledale Clark
775.  William Arnold Clark
776.  James Roosevelt Clarke
777.  Ark M. Clay, Jr.
778.  Charles Edward Cleckler
779.  Johnny Ray Cleckler
780.  William Earl Cleckler
781.  Roy Ersler Clements
782.  James Ray Clemons
783.  John Davis Clemons, Sr.
784.  Clinton Cleveland
785.  Donald Odell Cleveland
786.  Mervyn Douglas Click
787.  George Clisby, Jr.
788.  Melvin Charles Coalburn
789.  Bennie Thomas Coates, Sr.
790.  George Edward Cobb
791.  Janice Ree Cobb
792.  Rebeth Virginia Cobb
793.  Avery Clyde Cobbs
794.  J.C. Cochran
795.  Jimmie Lafayette Cochran
796.  Junior Earl Cochran
797.  Raymond Cochran, Sr.
798.  Robert Ward Cochran
799.  Wiley Cochran, Jr.
800.  Donald Gayle Cochran , Sr.
801.  Paula Cockrell
802.  John Bryan Coder
803.  Clarence Earnest Coen
804.  Edward Arly Coen
805.  Earnstine Brown Coffey, individually and as administratrix of the estate of Ray Malcolm Coffey
806.  Carl Edward Coggins, Sr.
807.  William Howard Coggins
808.  Donald Cohill
809.  Marvin Jefferson Coker
810.  Murlyn Jack Coker
811.  Michael Wayne Colbert
812.  Brady Lou Colburn

Exhibit A

813.    Linda Kay Colburn
814.    Robert Nelson Colburn
815.    Sanford Lee Colburt, Jr.
816.    David Merrell Cole
817.    Harold Anderson Cole
818.    James Cole
819.    Jerry Wayne Cole
820.    James Edd Coleman
821.    Jesse Coleman
822.    John H. Coleman, Jr.
823.    Joseph Arnold Coleman, Sr.
824.    Rufus Lee Coleman
825.    Willie Davis Coley
826.    James William Colley
827.    Bobby Gene Collier
828.    Homer J. Collier
829.    William Albert Collier
830.    Abe Eugene Collins
831.    Eugene Floyd Collins
832.    James Wesley Collins
833.    Jimmy David Collins
834.    Rodney Duke Collins
835.    Roland Willard Collins
836.    Stanley Eugene Collins
837.    W. A. Collins
838.    Edward Russell Collopy
839.    Dale Norbert Columb
840.    Dorothy Dean Combs
841.    Henry Glenn Comer
842.    John Travis Comer, Sr.
843.    John Anthony Cominotti
844.    George Lewis Commings
845.    Robert Wayne Condry
846.    Albert Lee Conkle
847.    James Henry Connell, Jr.
848.    Douglas Conner
849.    Robert Jerome Conner
850.    Paul Anthony Contorno
851.    Veto Paul Contorno
852.    Arthur William Cook
853.    Clifton C. Cook
854.    Hollis Dock Cook
855.    Horace Clifford Cook
856.    Jerre Wayne Cook, Sr.
857.    John Phillip Cook, Sr.
858.    Mary Eunice Cook

Exhibit A

859.    Monte Lloyd Cook
860.    Nancy Francis Cook
861.    Ozell Cook
862.    Thelma LaMoyne Cook
863.    Thomas Harold Cook
864.    Willie Quince Cook
865.    John Clabe Cooley
866.    Louis Calvin Cooley
867.    Doris Cooner
868.    Bernice Cooper
869.    Eleanor Inez Cooper
870.    James Russell Cooper
871.    Mary Alice Cooper
872.    Ollie Cooper
873.    Robert Lee Cooper, Jr.
874.    William Curtis Cooper
875.    William Copeland
876.    Willie Cal Copeland
877.    Glenn Russell Coppage
878.    Peggy Coppage
879.    Joe Corbett, Jr.
880.    Geneva Joyce Corbin
881.    Leldon Ray Corbin
882.    Arthur Nelson Cordell
883.    Paul Gene Cordell
884.    Wyndell Ted Corden
885.    James Colon Cork
886.    Harry Phillip Corley
887.    John Edward Corley, Sr.
888.    William Robert Cormier
889.    Dale Steven Cornell
890.    Leslie Eugene Corvin
891.    Charles Micheal Cosner
892.    Bobby Alfred Cosper
893.    Murray Cost, Sr.
894.    Ellis Wilbert Cotton
895.    Ralph Lavon Cotton
896.    Jerome Byron Couch
897.    John Monroe Counts, Jr.
898.    Virgie Courtney
899.    Tommy Cowan
900.    Wayne Arlington Cowan
901.    Tellis William Cowden
902.    James Flynn Cowling
903.    Albert L. Cox
904.    Bruce William Cox

Exhibit A

905.   John Thomas Cox, Sr.
906.   Joseph Wayne Cox
907.   Thomas Otis Cox, Jr.
908.   Leon Artemus Cramer
909.   David Crane, Jr.
910.   Dwayne Stephen Cranford
911.   Mary Elizabeth Cranmore
912.   Dewey Grady Craven
913.   Tommy Ray Craven
914.   Henry Louis Crawford
915.   James Arnold Crawford, Sr.
916.   Margaret Olivia Crawford
917.   Roosevelt Crawford
918.   Bessie Crawford
919.   Johnnie Crear, Jr.
920.   Bessie Dean Creel
921.   James Randell Creel
922.   Johnnie Merle Creel
923.   Ronald Lloyd Creel
924.   Willie Frank Creel
925.   Rose Ester Crenshaw
926.   Walter James Cribbs, Jr.
927.   Charles S. Crider, Jr.
928.   Robert Bernice Crihfield
929.   Roy Glen Crim
930.   Phillip D. Criss
931.   Richard Leroy Criss, Sr.
932.   Betty Jo Criswell Gates, individually and as administratrix of the estate of John Loomis Criswell
933.   William Eugene Crooks
934.   Joe Nathan Croskey
935.   Lloyd Wayne Cross
936.   Thomas Eric Cross
937.   Loventrice Crossley
938.   Billy Edward Crow, Sr.
939.   Joseph Lenoard Crow
940.   Junior Walton Crow
941.   Luke Coleman Crow, Sr.
942.   Robert Eugene Crow
943.   Roy Howard Crow
944.   John Wallace Crowder
945.   Pelham Alfred Crowder
946.   Billy Gene Crowe
947.   Gary Dale Crowe
948.   Raymond Cecil Crowe
949.   Travis Henry Crowe

Exhibit A

950. Mary Ruth Crowley
951. Onnie R. Crowley, individually and as administratrix of the estate of William Horace Crowley
952. Aubrey Dale Cruce
953. Van Hugh Cruce
954. Flora Curce, individually and as representative of the estate of Willie Ralf Cruce
955. Billy Ross Crump
956. Larry Eugene Crump
957. James Allen Crumpton
958. Donald Patton Crunk
959. Frank Cotton Crunk, Jr.
960. Efran Flores Cruz
961. Patty J. Culp, individually and as administrator of the estate of Warren Donald Culp
962. Estelle Culpepper
963. Jesse Culpepper
964. Robert Cecil Culver
965. Byron James Cummings
966. James Cunningham
967. James Fred Cunningham
968. James Harold Cunningham
969. Kenneth Eugene Cunningham
970. Rodney L. Cunningham
971. Sandra Cunningham
972. Vertis Cunningham, Jr.
973. William Ernest Cunningham
974. Willie C. Cunningham
975. Velma Louise Curington
976. Harry Henry Curl
977. Mary Frances Curran
978. Clarence William Curry
979. Earley Lee Curry
980. Horace Curry
981. Jefferson Allen Curry
982. Lee Curtis Curry
983. Odell Curry, Sr.
984. Betty Jean Curtis
985. Clarence Edward Curtis
986. Willie C. Curtis
987. Irene Czerwinski
988. Joseph Michael Dacey, Jr.
989. Lloyd Julian Dachelet
990. Edgar Dailey
991. Harvey Herman Daily
992. Joyce Marie Daily
993. John Wheeler Dale, Sr.

Exhibit A

994. James Harvey Dandridge
995. David Daniels, Jr.
996. Dorothy Marilyn Daniels
997. James Henry Daniels
998. Clifford John Danielsen
999. Aloyse Leon Danoski
1000. Donald Ray Darby, Sr.
1001. Charles Joseph Dare
1002. Paul Edward Dare
1003. Lloyd Edwin Davenport
1004. Gerald Louis David
1005. William Paul Davidson
1006. Albert Wayne Davis
1007. Alfred Davis, Jr.
1008. Alonzo James Davis, Jr.
1009. Alton Davis
1010. Bobby Carrol Davis
1011. Bobby Wayne Davis
1012. Burkles Davis, Jr.
1013. Carlton Davis
1014. Robert Davis, Jr., individually and as representative of the estate of Catherine
      Cook Davis
1015. Charles Clifton Davis
1016. Clarence Henry Davis, Jr.
1017. Clyde Jesse Davis, Jr.
1018. Daniel Davis
1019. Daniel R. Davis
1020. Dennis Earl Davis
1021. Eddie Lee Davis, Jr.
1022. Elijah Bill Davis, Sr.
1023. Ethel Jewell Davis
1024. Etta Mae Davis
1025. Gary Wilson Davis
1026. Gerald Dewaine Davis
1027. Golden Ray Davis, Jr.
1028. Horace Davis, Jr.
1029. James Davis
1030. James Howard Davis, Sr.
1031. James Lee Davis
1032. James Randall Davis
1033. John Benton Davis
1034. John L. Davis
1035. Joshua Davis
1036. Kenneth Earl Davis
1037. Odie Davis, Jr.
1038. Ralph Dale Davis, Sr.

Exhibit A

1039. Robert Franklin Davis
1040. Robert Lee Davis, Jr.
1041. Robert Lee Davis
1042. Robert Lee Davis
1043. Audry Davis, individually and as representative of the estate of Terry Davis
1044. Van Clouis Davis
1045. Verden Davis
1046. Wesley William Davis
1047. Willard Olis Davis
1048. William Lee Davis
1049. Willie Albert Davis, Sr.
1050. Wilver Williard Davis
1051. Hessie Lee Davis
1052. Edward Davison
1053. Samuel Loyal Davison, Jr.
1054. Dorothy Irene Davolt
1055. Bruce Wayne Dawson
1056. Joseph Hugh Dawson
1057. George Everett Day
1058. William Edward Day
1059. Arthur Timothy Days, Jr.
1060. David Adolphus Dean
1061. Dick Dearmon
1062. Joyce Harvey Deas
1063. Marvin Quinton Deas
1064. Dorothy Jennette Deason
1065. Russell Cullen Deason, Jr.
1066. Willie Preston Deason
1067. Mitchell Louis Deaver
1068. Betty Joyce Deavours
1069. Cecil Jullian Deavours
1070. Edward Joseph Debowski
1071. Norman Bernard Decker
1072. Phillip Edward Deede
1073. Frank Dees, Jr.
1074. John Dees, Jr.
1075. Jimmy Wayne Deese
1076. Robert Timothy Deese
1077. Tula Ann Deese
1078. Albert Dale DeFauw
1079. Duane DeGaetano
1080. Edward Lee Degraffenreid
1081. Donald Charles DeLoach
1082. Larry Monroe DeLoach
1083. Thomas Allen DeMouy
1084. James Kerr Dempster

Exhibit A

1085. Fredrick Jerome Dennhardt
1086. Riley Denson, Jr.
1087. James Herbert Denton
1088. Donald Arthur Dentz
1089. Earnest Junior DeRamus
1090. Albert Daniel DeRango, Jr.
1091. Cecil Leonard Derwin
1092. Carolyn Deshazo
1093. Joye DeSonia, individually and as representative of the estate of Sylvester DeSonia
1094. Jerry Leo DeTiege
1095. Duane Donald Deutscher
1096. Anton Cornelius Dewitt
1097. Henry Diamond
1098. Roy Delois Diamond
1099. Sonja Mildred Dickerson
1100. William Arthur Dickerson
1101. Florida Moore Dickinson
1102. Billy Ray Dill
1103. Ernestine Dixon
1104. George Dixon
1105. Johnnie Lee Dixon
1106. Willam Bruce Dixon
1107. Willie W. Dixon
1108. John Leroy Doak
1109. William Thomas Dobbs, Sr.
1110. Veler Eugene Dockery
1111. Eularene Dodd, individually and as representative of the estate of Charles Clarence Dodd
1112. Kenneth Lee Dodd
1113. Dennis Ervin Dodge
1114. James Edward Dodson
1115. Thomas Chesteen Dodson, Jr.
1116. Clifford Reinhold Doege
1117. Benard Eule Dollar
1118. Clifton Levell Dollar
1119. John D. Dollar
1120. Berniece Louise Donahoo
1121. John Merritt Donahue, Sr.
1122. Melvin Eugene Donald
1123. Roland Beaulemette Donavan, III
1124. Vennie Truitt Dorsett
1125. David Francis Dorsey
1126. Vernon Dotson, Sr.
1127. Henry McCorie Dougherty, Jr.
1128. Willie Thomas Douglas, Sr.